IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.A., MOTHER OF L.A., A CHILD ,

     Appellant,

 v.                   Case No.  5D22-1347
                      LT Case No.  2017-DP-117

DEPARTMENT OF CHILDREN AND FAMILIES,

     Appellee.
_____/

Decision filed October 13, 2022

Appeal from the Circuit Court
for Osceola County,
Laura Shaffer, Judge.

Thomas Butler of Thomas Butler, P.A., Miami
Beach, for Appellant.

Kelley Schaeffer, Appellate Counsel, Children's
Legal Services, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals and Desiree Erin Fernandez, of Statewide
Guardian Ad Litem Office, Tallahassee, and Albert
Evan Dix, of Hill Ward Henderson, P.A., Tampa, for
Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

COHEN, WOZNIAK and SASSO, JJ., concur.